# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1308
_____

DENITA LAMBOU, Interested
Party and Co-Personal
Representative,

Petitioner,

v.

GUARDIANSHIP OF VICTOR
WILLIAM LAMBOU,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


January 27, 2025


PER CURIAM.

DISMISSED.

LEWIS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Ferderigos, Windermere, for Petitioner.

Twyla Sketchley of The Sketchley Law Firm, P.A., Tallahassee, for Respondent.